## Patrick Newer, a Minor, by Irving Newer, his Father and Next Friend, Plaintiff-Appellant, v. Charles Cook, Defendant-Appellee.

Gen. No. 45,966. 

 Sidney S. Altman, and Milroy R. Blowitz, for appellant; Wyatt Jacobs, for appellee; Joseph B. Lederleitner, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.